UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEANETTE VENTRONE, et al., )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>WEBSTER UNIVERSITY, )<br>)<br>Defendant(s). )<br>) | No. 4:22-CV-00513-SPM |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Shirley Padmore Mensah to District Judge Rodney W. Sippel.

May 11, 2022
Date

*Gregory J. Linhares                     /*
Clerk of Court

By:  /s/ Katie Spurgeon            /
KATIE SPURGEON
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:22-CV-00513-RWS**